IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

| | |
|---|---|
| **HECTOR ANTONIO SANTOS ORELLANA,** *Debtor*, | Bankr. Case No. 15-10482-PM<br>Chap. 13 (Converted from Ch. 7) |
| **OFELIA CARMONA ORELLANA** *Plaintiff*,<br>vs.<br>**HECTOR ANTONIO SANTOS ORELLANA,,** *Defendant* | Adv. Proceeding Case No. 15-00196<br><br>**NOTICE OF SERVICE OF DISCOVERY MATERIAL** |

I HEREBY CERTIFY that on December 14, 2015, I supplemented Plaintiff's Response to Defendant's Request for Production of Documents by hand-delivering photocopies of documents for Defendant's inspection to the office of Defendant's counsel, Terence Brian Garvey, Esq., at 839C Quince Orchard Blvd., Gaithersburg, MD 20878.  I have kept in my possession the originals unaltered, and they are available for inspection by any other party.

Respectfully submitted,

FEDER LEGAL SERVICES

Dated December 16, 2015     By: /s/Elan M. Feder
Elan M. Feder (No. 29436)
3702 Perry Ave.
Kensington, MD 20895
240-706-7515 (phone) 240-883-0000 (fax)
litig@federlegal.com
*Plaintiff's Counsel*